Eastern District of Kentucky
FILED

NOV - 5 2007

AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

KAREN ELIZABETH IACENDA         )
                                )
        Plaintiff                )
                                )
v.                              ) Case No. 5:07-CV-00169-JBC
                                )
METROPOLITAN LIFE INSURANCE COMPANY )
                                )
        Defendant                )

### AGREED ORDER OF DISMISSAL

By agreement of Plaintiff, Karen Elizabeth Iacenda, by counsel, and Defendant, Metropolitan Life Insurance Company, by counsel, that all claims asserted, or which could have been asserted in this case, should be dismissed based on the parties' settlement of this matter, and the Court being otherwise sufficiently advised;

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** as to all claims that were asserted or could have been asserted herein.

Each party shall bear her or its own costs and attorney's fees.

Dated the 5th day of November, 2007.

JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Tendered by:

/s/ Timothy E. Geertz (*with permission*)
M. Austin Mehr
Timothy E. Geertz
AUSTIN MEHR LAW OFFICES, P.S.C.
145 West Main Street, Suite 300
Lexington, Kentucky  40507
(859) 225-3731
Fax:  (859) 225-3830

*Counsel for Plaintiff*

-and-

/s/ Lisa Hughes Thomas
Angela Logan Edwards
Lisa Hughes Thomas
WOODWARD, HOBSON & FULTON, L.L.P.
2500 National City Tower
Louisville, KY  40202
(502) 581-8000
Fax:  (502) 581-8111

*Counsel for Defendant*